IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARY SNEED**                                                                                                          **PLAINTIFF**

**v.**                                      **Case No. 4:24-cv-00662 KGB**

**WHITE COUNTY MEDICAL CENTER**                                       **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal (Dkt. No. 8). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint stipulation of dismissal (*Id.*). The action is dismissed with prejudice.

So ordered this 3rd day of June, 2025.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge